```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00799
    SHARON R CARTER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8817

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
       The case was filed on 01/17/2007 and was confirmed 07/25/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors 100.00%.

       The case was converted to chapter 7 after confirmation 06/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC     1575.00         84.42          443.58
AMERICREDIT FINANCIAL SV  UNSEC W/INTER      546.52         39.43             .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE         .00           .00             .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    NOT FILED          .00             .00
BANK ONE OHIO             UNSEC W/INTER    NOT FILED          .00             .00
CAPITAL ONE BANK          UNSEC W/INTER    NOT FILED          .00             .00
CAPITAL ONE               UNSEC W/INTER    NOT FILED          .00             .00
CBCS                      UNSEC W/INTER    NOT FILED          .00             .00
COMPUTER CREDIT           UNSEC W/INTER    NOT FILED          .00             .00
COUNTRYWIDE HOME LOANS    UNSEC W/INTER    NOT FILED          .00             .00
H&F LAW                   UNSEC W/INTER    NOT FILED          .00             .00
LOU HARRIS & CO           UNSEC W/INTER    NOT FILED          .00             .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER    NOT FILED          .00             .00
NICOR GAS                 UNSEC W/INTER      364.44         24.28             .00
RMI/MCSI                  UNSEC W/INTER     1175.00        116.22             .00
RMI/MCSI                  UNSEC W/INTER    NOT FILED          .00             .00
RMI/MCSI                  UNSEC W/INTER    NOT FILED          .00             .00
RMI/MCSI                  UNSEC W/INTER    NOT FILED          .00             .00
RMI/MCSI                  UNSEC W/INTER    NOT FILED          .00             .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER    NOT FILED          .00             .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER     6444.28        637.53             .00
COMMONWEALTH EDISON       UNSEC W/INTER      517.75         37.37             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,478.50                        2,478.50
TOM VAUGHN                TRUSTEE                                            280.78
DEBTOR REFUND             REFUND                                               7.89

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   4,150.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00799 SHARON R CARTER
```

```
PRIORITY                                                              .00
SECURED                                                            443.58
     INTEREST                                                       84.42
UNSECURED                                                             .00
     INTEREST                                                      854.83
ADMINISTRATIVE                                                   2,478.50
TRUSTEE COMPENSATION                                               280.78
DEBTOR REFUND                                                        7.89
                                            ---------------   ---------------
TOTALS                                             4,150.00          4,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                               /s/ Tom Vaughn
Dated: 09/08/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE